IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALTI SKENDERI, | : |
| Plaintiff, | : |
| | : **NOTICE OF VOLUNTARY** |
| -against- | : **DISMISSAL PURSUANT** |
| | : **TO F.R.C.P. 41(a)(1)(A)(i)** |
| GUARDIAN SERVICE INDUSTRIES, INC., | : |
| HOWARD BRESSLER, ALAN BRESSLER, | : Case No.: 09-CV-9191 (DLC) |
| and SANDY HERZFELD, | : |
| Defendants. | : |

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Alti Skenderi, and/or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the named defendants.

Dated: New York, New York
February 12, 2010

SKLOVER, DONATH & FELBER, LLC

By: *[signature]*
Daniel M. Felber, Esq.
*Counsel for Plaintiff*

Ten Rockefeller Plaza, Suite 816
New York, New York 10020
212-757-5000