IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ALTI SKENDERI,

        Plaintiff,

-against-

GUARDIAN SERVICE INDUSTRIES, INC.,
HOWARD BRESSLER, ALAN BRESSLER,
and SANDY HERZFELD,

        Defendants.

**DECLARATION OF DANIEL M. FELBER, ESQ.**

Case No.: 09-CV-9191 (DLC)

---

## DECLARATION OF DANIEL M. FELBER, ESQ.

Daniel M. Felber, Esq., an attorney admitted to practice in the Courts of the State of New York and a member of this Court, does hereby declare under penalty of perjury, that:

1. On February 12, 2010, I caused to be filed a Notice of Voluntary Withdrawal in the above-captioned case pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

2. In response to the Court's Order dated February 17, 2010 (Document #7), this action has not been settled.

Dated: New York, New York
       February 17, 2010

                              SKLOVER, DONATH & FELBER, LLC

                              By: _____
                              Daniel M. Felber, Esq.
                              *Counsel for Plaintiff*

                              Ten Rockefeller Plaza, Suite 816
                              New York, New York 10020
                              212-757-5000